UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO G. JOHNSON,

Plaintiff,

v.

CITY OF LONG BEACH, *et al.*,

Defendants.

Case No. 2:25-cv-11040-FLA (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE RE DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT [DKT. 17]**

Pursuant to 28 U.S.C. § 636, the court has reviewed Defendants City of Long Beach, Tesha Perales, Francisco Mora, and Joel Casillas' (collectively, "Defendants") Motion to Dismiss ("Motion," Dkt. 17) the operative Second Amended Complaint (Dkt. 15) in the above-captioned matter, Plaintiff Francisco G. Johnson's ("Plaintiff") Opposition to the Motion, Defendants' Reply thereto, all relevant portions of the docket, and the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections have been received.

Accordingly, the court ACCEPTS and ADOPTS the findings, conclusions, and recommendations of the Magistrate Judge and DISMISSES Plaintiff's Second Amended Complaint with 14 days' leave to amend, except as to Plaintiff's fabrication of evidence claim under the Due Process Clause, which is dismissed without leave to amend. The Clerk of the court shall serve copies of this Order on Plaintiff, at Plaintiff's current address of record, as well as on all parties who have appeared in the action.

IT IS SO ORDERED.

Dated: April 21, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge